JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CHRISTIAN DIAZ, | Case No. 5:19-cv-01408-PA-MAA |
|---|---|
| Petitioner, | **JUDGMENT** |
| v. | |
| SCOTT FRAUENHEIM, Warden, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: November 12, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE